# IN THE SUPREME COURT OF THE STATE OF NEVADA

CONRAD G. ANCHETA,
Petitioner,
vs.
ADAM S. KUTNER, P.C.; AND ALLAN
P. LONG, P.D.C.,
Respondents.

No. 75607

FILED

JUN 28 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING PETITION

This pro se petition was docketed in this court on April 17, 2018, without payment of the requisite filing fee. On May 22, 2018, this court issued an order directing petitioner to pay the filing fee or file a motion in this court to proceed in forma pauperis within 10 days or the petition would be dismissed. To date, petitioner has not paid the filing fee or otherwise responded to this court's order. Accordingly, cause appearing this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

By _____

cc:  Conrad G. Ancheta
     Adam S. Kutner
     Allan P. Long

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

18-24649